Lawrence MEADOWS, Plaintiff–Appellant,

v.

AMERICAN AIRLINES, INC., A foreign corporation, American Airlines, Inc. Pilot Retirement Benefit Program, Erisa benefit plan, et al., Defendants–Appellees.

Nos. 11–11894, 11–12173.

United States Court of Appeals, Eleventh Circuit.

May 29, 2013.

Dorothy Easley, Easley Appellate Practice, PLLC, Miami, FL, Lawrence Meadows, Park City, UT, for Plaintiff–Appellant.

Terence G. Connor, Jennifer D. Ellis, Grace M. Mora, Hunton & Williams, LLP, Miami, FL, for Defendants–Appellees.

Before BARKETT and MARCUS, Circuit Judges, and CONWAY,* District Judge.

PER CURIAM:

Lawrence Meadows appeals two of the district court's orders in this case. First, he challenges the district court's order granting summary judgment in favor of Appellees American Airlines, Inc., its Pilot Retirement Benefit Program, and its Pension Benefits Administration Committee.

---

* Honorable Anne C. Conway, Chief Judge, United States District Court for the Middle District of Florida, sitting by designation.

788

Second, he seeks reversal of the district court's order denying his motion to alter judgment. Because we find no error in the first order, we have no reason to consider Meadows' appeal of the second.

Meadows received disability benefits through American Airlines' Pilot Retirement Benefit Program (the "Plan") until December 26, 2007, when they were terminated by the company. One of the provisions governing eligibility to receive benefits under the Plan states that "[a] Member's Disability will be considered to cease to exist if ... verification of such Disability can no longer be established." For all of the reasons articulated in the district court's thorough and well-reasoned order, we find that Appellee's termination of Meadows' benefits was not arbitrary and capricious when Meadows failed to provide the Plan administrators with sufficient evidence to establish that his condition had been properly diagnosed and treated.

**AFFIRMED.**